SUE ELLEN WOOLDRIDGE
Assistant Attorney General
JEAN E. WILLIAMS, Chief
LISA L. RUSSELL, Assistant Chief
KEVIN W. McARDLE, Trial Attorney, DC Bar # 454569
United States Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0219
Facsimile: (202) 305-0275
e-mail: kevin.mcardle@usdoj.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA TROJAN PARTNERSHIP, | ) ) ) |
| Plaintiff, | ) |
| v. | ) Case No. J 04-0003 CV (RRB) |
| | ) |
| CARLOS M. GUTIERREZ, et. al., | ) ) |
| Defendants | ) |

## DEFENDANTS' UNOPPOSED MOTION
## FOR AN ENLARGEMENT OF TIME

Pursuant to Fed. R. Civ. P. 6(b), Defendants respectfully request an enlargement of 14 days, to and including January 31, 2006, within which to respond to Plaintiff's Motion for Attorney's Fees.  Defendants' response is presently due January 17, 2006.  This is Defendants' first request for an enlargement of time for this purpose.  Counsel for the Plaintiff has stated that Plaintiff does not oppose this motion.

The additional time is requested because the parties are currently exploring the possibility of settling Plaintiff's claim for attorney's fees. Because a settlement would obviate the need for further proceedings, good cause exists for the proposed enlargement.

For the foregoing reasons, this unopposed motion for an enlargement of time should be granted. Pursuant to L.R. 7.4(b), a proposed Order is attached.

Respectfully submitted this 11th day of January, 2006.

>SUE ELLEN WOOLDRIDGE
>Assistant Attorney General
>JEAN E. WILLIAMS, Chief
>LISA L. RUSSELL, Assistant Chief
>
>    */s/ Kevin W. McArdle*
>KEVIN W. McARDLE, Trial Attorney
>DC Bar # 454569
>United States Department of Justice
>Environment & Natural Resources Division
>Wildlife and Marine Resources Section
>Benjamin Franklin Station, P.O. Box 7369
>Washington, D.C. 20044-7369
>Telephone: (202) 305-0219
>Facsimile: (202) 305-0275
>E-mail: kevin.mcardle@usdoj.gov
>
>Attorneys for Defendants

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 11th day of January, 2006, I caused a copy of the foregoing DEFENDANTS' UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME and the attached [PROPOSED] ORDER to be served on Michael A. D. Stanley, attorney for Plaintiff, <u>via</u> facsimile and first class mail, postage prepaid, at the following address:

> Michael A. D. Stanley
> Attorney at Law
> P.O. Box 20449
> Juneau, Alaska  99802-0449
> Fax:  (907) 463-2511

                /s/ Kevin W. McArdle