# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA TROJAN PARTNERSHIP, | ) |
| Plaintiff, | ) |
| v. | ) Case No. J 04-0003 CV (RRB) |
| CARLOS M. GUTIERREZ, et. al., | ) |
| Defendants | ) |

## [PROPOSED] ORDER

This matter is before the Court on Defendants' Unopposed Motion for an Enlargement of Time within which to respond to Plaintiff's Motion for Attorney's Fees. Good cause having been shown, Defendants' Motion is GRANTED. The due date for Defendants response to Plaintiffs' Motion for Attorney's Fees is extended to and including January 31, 2006.

IT IS SO ORDERED this _____ day of _____, 2006.

_____
HON. RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE