# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

ALASKA TROJAN PARTNERSHIP, )
)
Plaintiff, )
v. ) Case No. J 04-0003 CV (RRB)
)
CARLOS M. GUTIERREZ, et. al., )
)
Defendants )

## ORDER

This matter is before the Court on Defendants' Unopposed Motion for an Enlargement of Time within which to respond to Plaintiff's Motion for Attorney's Fees. Good cause having been shown, Defendants' Motion is GRANTED. The due date for Defendants response to Plaintiffs' Motion for Attorney's Fees is extended to and including January 31, 2006.

IT IS SO ORDERED this 12 day of January, 2006.

HON. RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

[Proposed] ORDER

Alaska Trojan Partnership v. Gutierrez, et al.,
No. J04-0003 CV (RRB)