SUE ELLEN WOOLDRIDGE
Assistant Attorney General
KEVIN W. McARDLE, Trial Attorney, DC Bar # 454569
United States Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0219
Facsimile: (202) 305-0275
e-mail: kevin.mcardle@usdoj.gov

Attorneys for Defendants

MICHAEL A.D. STANLEY
Attorney at Law
P.O. Box 20449
Juneau, Alaska 99802-0449
Tele: (907) 586-6077
Fax: (907) 463-2511

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | | |
|---|---|---|
| ALASKA TROJAN PARTNERSHIP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. J 04-0003 CV (RRB) |
| | ) | |
| CARLOS M. GUTIERREZ, et. al., | ) | |
| | ) | |
| Defendants | ) | |

## STIPULATION AND [PROPOSED] ORDER
## AS TO ATTORNEY'S FEES AND COSTS

Plaintiff Alaska Trojan Partnership and defendants Carlos M. Gutierrez, in his official

capacity as Secretary of Commerce, the United States Department of Commerce, the National

Oceanic and Atmospheric Administration, and the National Marine Fisheries Service, by and through their undersigned counsel, state as follows:

WHEREAS on December 30, 2005, Plaintiff filed separate motions in this Court and in the United States Court of Appeals for the Ninth Circuit ("Ninth Circuit") seeking attorney's fees and costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), for work performed in the above-captioned action in this Court and in the related appeal, Alaska Trojan Partnership v. Gutierrez, et al., No. 04-35753 (9th Cir.);

WHEREAS it is in the parties' interests and the interests of judicial economy to settle Plaintiff's claims for attorney's fees and costs without further litigation; and

WHEREAS the parties enter this Stipulation without any admission of fact or law, or waiver of any claims or defenses, factual or legal;

NOW, THEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES AS FOLLOWS:

1.    Defendants agree to pay Plaintiff the amount of $26,000.00 in settlement of Plaintiff's claims for attorney's fees and litigation costs incurred in this action, both in this Court and in the Ninth Circuit.  Defendants agree to issue a check made payable in that amount to Alaska Trojan Partnership and sent to Michael A.  D. Stanley, Attorney at Law, P.O. Box 20449, Juneau, Alaska  99802-0449.

2.    Within 10 business days after receipt of the Court Order approving this Stipulation, Defendants shall submit all necessary documentation for initiation of disbursement processing of this award.

Stipulation and [Proposed] Order
As to Attorney's Fees and Costs

Alaska Trojan Partnership v. Gutierrez, et al.,
No. JO4-0003 CV (RRB)

3.     Plaintiff agrees to accept the payment of $26,000.00 in full and final satisfaction of any and all claims for attorney's fees and costs incurred in this action, both in this Court and in the Ninth Circuit.  Plaintiff agrees that it is not entitled to any further monetary award  in connection with this action.

4.     Plaintiff agrees to withdraw its motion for an award of attorney's fees and costs filed in the Ninth Circuit within ten (10) business days of receipt of the signed Court Order approving this Stipulation.

5.     By this agreement, Defendants do not waive any right to contest fees claimed by Plaintiff or Plaintiff's counsel, including the hourly rate, in any future litigation.  Further, the parties agree that this Stipulation is entered into solely for the purpose of settling Plaintiff's claims for attorney's fees and costs in this action, and for no other purpose, and this Stipulation shall not be cited or otherwise referred to in any other proceedings, whether judicial or administrative in nature, in which the parties or counsel for the parties have or may acquire an interest, except as necessary to effectuate the terms of this Stipulation.

6.     The parties agree that this Stipulation was negotiated in good faith and constitutes a settlement of claims that were vigorously contested, denied and disputed by the parties

7.     The undersigned representatives of each party certify that they are fully authorized by the parties they represent to agree to the Court's entry of the terms and conditions of this Stipulation and do hereby agree to the terms herein.

8.     The terms of this Stipulation constitute the entire agreement of the parties with regard to Plaintiffs' claims for attorney's fees in this action, both in this Court and in the Ninth

Circuit, and no statement, agreement or understanding, oral or written, which is not contained herein, shall be recognized or enforced.

9.     The terms of this Agreement apply to, are binding upon, and inure to the benefit of, Plaintiffs (and their successors, assigns, and designees) and Defendants.

10.    Pursuant to L.R. 7.4, a proposed Order approving this stipulation is attached for the Court's convenience.

Respectfully submitted this 31st day of January, 2006.

/s/ Michael A.D. Stanley                          SUE ELLEN WOOLDRIDGE
  (by Kevin W. McArdle with permission)           Acting Assistant Attorney General
MICHAEL A. D. STANLEY                                  JEAN E. WILLIAMS, Chief
Attorney at Law                                   LISA L. RUSSELL, Assistant Chief
P.O. Box 20449
Juneau, Alaska  99802-0449                             by Kevin W. McArdle
Tele: (907) 586-6077                              KEVIN W. McARDLE, Trial Attorney
Fax:  (907) 463-2511                              DC Bar # 454569
                                                  United States Department of Justice
                                                  Environment & Natural Resources Division
Attorney for Plaintiff                            Wildlife and Marine Resources Section
                                                  Benjamin Franklin Station, P.O. Box 7369
                                                  Washington, D.C. 20044-7369
                                                  Telephone: (202) 305-0219
                                                  Facsimile: (202) 305-0275
                                                  E-mail: kevin.mcardle@usdoj.gov

                                                  Attorneys for Defendants

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 31st day of January, 2006, I caused a copy of the foregoing

STIPULATION AND [PROPOSED] ORDER AS TO ATTORNEY'S FEES AND COSTS to

served on Michael A. D. Stanley, attorney for Plaintiff,, <u>via</u> facsimile and first class mail,

postage prepaid, at the following address:

> Michael A. D. Stanley
> Attorney at Law
> P.O. Box 20449
> Juneau, Alaska  99802-0449
> Fax:  (907) 463-2511


_____ */s/ Kevin W. McArdle* _____