# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA TROJAN PARTNERSHIP,<br><br>    Plaintiff,<br>v.<br><br>CARLOS M. GUTIERREZ, et. al.,<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>) Case No. J 04-0003 CV (RRB)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER

This matter is before the Court on the parties' Stipulation As To Attorney's Fees and Costs ("Stipulation"). For good cause shown, the terms of the Stipulation are hereby approved and adopted as an Order of the Court and Plaintiff's Motion for Attorney's Fees is dismissed.

IT IS SO ORDERED this ____ day of _____, 2006.

---------------------------------------------
HON. RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE