UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| ALASKA TROJAN PARTNERSHIP,<br><br>    Plaintiff,<br>v.<br><br>CARLOS M. GUTIERREZ, et. al.,<br><br>    Defendants | ) ) ) ) ) ) ) Case No. J 04-0003 CV (RRB) ) ) ) ) ) |

ORDER

This matter is before the Court on the parties' Stipulation As To Attorney's Fees and Costs ("Stipulation"). For good cause shown, the terms of the Stipulation are hereby approved and adopted as an Order of the Court and Plaintiff's Motion for Attorney's Fees is dismissed.

IT IS SO ORDERED this ___1___ day of __February__, 2006.

HON. RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE

[Proposed] ORDER

Alaska Trojan Partnership v. Gutierrez, et al.,
No. J04-0003 CV (RRB)