NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

RECEIVED
JAN 3 0 2006
CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

FILED
JAN 2 4 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALASKA TROJAN PARTNERSHIP,<br><br>Plaintiff - Appellant,<br><br>V.<br><br>CARLOS M. GUTIERREZ; et al.,<br><br>Defendants - Appellees. | No. 04-35753<br><br>D.C. No. CV-04-00003-J-RRB<br>District of Alaska,<br>Juneau<br><br>ORDER |

Before: GOODWIN, BRUNETTI, and W. FLETCHER, Circuit Judges.

Appellees' motion for an extension of time to and including February 17, 2006, within which to file their response to appellant's application for attorney fees, is GRANTED.